UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SMITH, | 1:10-cv-01313-AWI-GSA-(PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |
| vs. | |
| CORCORAN CDC STATE PRISON DIVISION, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 25, 2010, Plaintiff filed an application to proceed in forma pauperis. (Doc. 2.) However, Plaintiff submitted the application on the incorrect form. In light of the fact that plaintiff is no longer in custody, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff an application to proceed in forma pauperis for a non-prisoner;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either complete and file the application to proceed in forma pauperis or pay the $350.00 filing fee in full.

3. Failure to obey this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  July 29, 2010                        /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE